# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 05, 2023

Mr. Michael K. Blankenship
DA VINCI'S NOTEBOOK
Number 52
9000 Mike Garcia Drive
Manassas, VA

Mr. Daniel B. Shuck
SHUCK LAW FIRM
Suite 205
501 Pierce Street
Sioux City, IA  51101

RE:  23-2117  Laney Griner, et al v. Steven King, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal for the order and judgment regarding attorney fees and costs, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

We note the docketing fee is pending. **Please pay the $505 docket and filing fees to the district court clerk immediately**. Failure to pay the fee will result in issuance of an order to show cause why the appeal should not be dismissed.

This case is being consolidated with case no. 22-3623 for briefing and submission to the court.  The court has established a consolidated briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity.  Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

Page Two
23-2117

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office

Michael E. Gans
Clerk of Court

CAH

Enclosure(s)

cc: Mr. Clerk, U.S. District Court, Northern Iowa
    Mr. Stephen Doniger
    Mr. William J. Hale
    Mr. Michael D. Steger

District Court/Agency Case Number(s): 5:21-cv-04024-CJW

**Caption For Case Number: 23-2117**

Laney Marie Griner; Sam Griner

        Plaintiffs - Appellees

v.

Steven Arnold King; King for Congress

        Defendants - Appellants

**Addresses For Case Participants:   23-2117**

Mr. Michael K. Blankenship
DA VINCI'S NOTEBOOK
Number 52
9000 Mike Garcia Drive
Manassas, VA

Mr. Daniel B. Shuck
SHUCK LAW FIRM
Suite 205
501 Pierce Street
Sioux City, IA  51101

Mr.  Clerk, U.S. District Court, Northern Iowa
U.S. DISTRICT COURT
Northern District of Iowa
301 U.S. Courthouse
320 Sixth Street
Sioux City, IA  51102-0000


Mr. Stephen Doniger
DONIGER & BURROUGHS
603 Rose Avenue
Venice, CA  90291

Mr. William J. Hale
GOOSMANN LAW FIRM
410 Fifth Street
Sioux City, IA  51101

Mr. Michael D. Steger
LAW OFFICES OF MICHAEL D. STEGER
Suite 201
30 Ramland Road
Orangebury, NY