# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

| | |
|---|---|
| **TO:** | Mr. Michael K. Blankenship |
| **CC:** | Mr. Stephen Doniger |
| | Mr. William J. Hale |
| | Mr. Daniel B. Shuck |
| | Mr. Michael D. Steger |
| **FROM:** | Amanda M. Trautt |
| **DATE:** | June 29, 2023 |
| **RE:** | 22-3623  Laney Griner v. King for Congress |
| | 23-2117  Laney Griner, et al v. Steven King, et al |

    Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

  **X**    ORDER OF CONTENTS IS INCORRECT.  See FRAP 28(a)(1)-(10). The Jurisdictional Statement must come before the Statement of Issues, and Numeric Pagination begins with the Jurisdictional Statement as Page 1 of the brief.

   **X**    JURISDICTIONAL STATEMENT IS MISSING OR INCOMPLETE.  See FRAP  28(a)(4)(A)-(D).

      **X**   jurisdiction of district court or agency;
      _____ appellate jurisdiction;
      **X**   filing dates establishing timelines; The NOA date(s) are missing
      _____ assertion appeal is from final order or other basis for court's jurisdiction.

  **X**    CASE NUMBER AND CAPTION ON COVER PAGE INCORRECT. These are consolidated appeals so both case numbers must be listed on the cover page of the brief and both captions must match the official court captions below. The case numbers should be listed as, 22-3623 and 23-2117. It is acceptable to combine the captions for these consolidated cases into a single caption as long as the parties are listed in the same order as they appear in the official caption(s).

**Caption For Case Number: 22-3623**
Laney Marie Griner
          Plaintiff – Appellee
Sam Griner
     Plaintiff
v.
Steven Arnold King
          Defendant
King for Congress
          Defendant – Appellant

**Caption For Case Number: 23-2117**
Laney Marie Griner; Sam Griner
          Plaintiffs – Appellees
v.
Steven Arnold King; King for Congress
          Defendants - Appellants

__X__ REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)

    __X__ References to the record in civil cases must be made to the Appendix page number(s) AND the district court docket number, and page number of the document using the following format: (**App.**_____ **R. Doc.** _____ , at _____ .)
    -Appendix references must be changed from "Appx" to "App" and all district court docket references must be changed from "R." to "R. Doc.".
    -All references to exhibits must be to the Exhibit Number AND the Appendix Page number where the exhibit can be found. If the exhibits are available on the district court docket, then the dual reference to the district court docket must be concluded.
    -All appendix references must contain a dual reference to the district court docket entry.

__X__ CERTIFICATE COMPLIANCE IS INCOMPLETE. The exact word count of the brief is required to be included in the Certificate of Compliance since the brief is more than 30 pages.

    Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.