# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

| | |
|---|---|
| **TO:** | Mr. Michael K. Blankenship |
| | Mr. Daniel B. Shuck |
| **CC:** | Mr. Stephen Doniger |
| | Mr. William J. Hale |
| | Mr. Michael D. Steger |
| **FROM:** | Hillary A. Grupe |
| **DATE:** | July 12, 2023 |
| **RE:** | 22-3623  Laney Griner v. King for Congress |
| | 23-2117  Laney Griner, et al v. Steven King, et al |

**\*\*2ND NOTICE\*\***

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

**X**  COVER PAGE/CAPTION INCORRECT. The appeal numbers are 22-3623 & 23-2117; not 2022-3623 & 2023-2117.

**X**  REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)
  **X**  References to the record in civil cases must be made to the Appendix page number(s) AND the district court docket number, and page number of the document (App.____ R. Doc. _____, at _____.) *The dual references should appear in this order*

*-There are appendix page references missing the corresponding district court docket number reference. SEE pages 6, 8, 9, 11, 12, 15, 21, 25, 28, 37, 47, 51, 52, & 56 of the brief*
*-The order of the dual references on pages are incorrect. SEE pages 8 & 40 of the brief*
*-There are exhibit references missing the appendix page number reference. SEE pages 11 & 37 of the brief*
*-There are incomplete district court docket references. "R." & R. Docl." are not permitted. SEE pages 11, 31, 32, 33, 54, 58*
*-Exhibits that are electronically available on the district court docket should be referenced to by the appendix page number and the district court docket number.*

(SEE NEXT PAGE)

\*\*\*THE BRIEF AND ADDENDUM SHOULD BE RESUBMITTED IN THE LEAD APPEAL, No. 22-3623.

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.