# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:**     Mr. Michael K. Blankenship
**CC:**     Mr. Stephen Doniger
            Mr. William J. Hale
            Mr. Daniel B. Shuck
            Mr. Michael D. Steger

**FROM:**   Amanda M. Trautt

**DATE:**   July 18, 2023

**RE:**     22-3623  Laney Griner v. King for Congress
            23-2117  Laney Griner, et al v. Steven King, et al


Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.


__X___  JURISDICTIONAL STATEMENT IS MISSING OR INCOMPLETE.  See FRAP
        28(a)(4)(A)-(D).

        __X___ jurisdiction of district court or agency;
        _____ appellate jurisdiction;
        __X___ filing dates establishing timelines; Notice of Appeal filing date missing
        _____ assertion appeal is from final order or other basis for court's jurisdiction.


__X___  BRIEF FORMAT IS INCORRECT.  See FRAP 32(a).
        __X___ Point type size too small; See footnote 2, footnote should be 14 point font
        _____ Margin size too small;
        _____ Brief is not double spaced.


__X___  REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)
        __X___ References to the record in civil cases must be made to the Appendix page
        number(s) AND the district court docket number, and page number of the document
        (App._____ R. Doc. _____ , at _____ .)

        *-There are appendix page references missing the corresponding district court docket
        number reference. SEE pages 9 and 35 of the brief*

*-The order of the dual references on pages are incorrect. References to the record must be made to the Appendix page number(s) followed by the district court docket number, and page numbers of the document. SEE pages 16, 21, 39, and 55 of the brief*
*-There is an incomplete district court docket reference. "R." is not permitted. SEE page 15 of the brief*

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.