# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-3623
_____

Laney Marie Griner

Plaintiff - Appellee

Sam Griner

Plaintiff

v.

Steven Arnold King

Defendant

King for Congress

Defendant - Appellant

_____

No: 23-2117
_____

Laney Marie Griner; Sam Griner

Plaintiffs - Appellees

v.

Steven Arnold King; King for Congress

Defendants - Appellants

------

Appeals from U.S. District Court for the Northern District of Iowa - Western
 (5:21-cv-04024-CJW)

------

# JUDGMENT

Before BENTON, ERICKSON and KOBES, Circuit Judges.

These appeals from the United States District Court were submitted on the record of the district court, briefs of the parties and were argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgments of the district court in these causes are affirmed in accordance with the opinion of this Court.

June 07, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Maureen W. Gornik